B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 15–18680
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edward F Stone | Samantha M Stone |
| fdba Big Ed's Entertainment, Inc. | 10 Hillview Ct |
| dba Thirsty Fox Pub | Yorkville, IL 60560 |
| 10 Hillview Ct | |
| Yorkville, IL 60560 | |

Social Security / Individual Taxpayer ID No.:
xxx–xx–3964                                 xxx–xx–0666

Employer Tax ID / Other nos.:

### DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>August 25, 2015</u>                <u>Jeffrey P. Allsteadt, Clerk</u>
                                            United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 15-18680-BWB
Edward F Stone                                                          Chapter 7
Samantha M Stone
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dwilliams              Page 1 of 2                  Date Rcvd: Aug 25, 2015
                               Form ID: b18                 Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2015.
db/jdb         +Edward F Stone,    Samantha M Stone,    10 Hillview Ct,    Yorkville, IL 60560-9414
23333432       ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
                (address filed with court: Choice Recovery,     1550 Old Henderson Rd St,    Columbus, OH 43220)
23333430       +Chase Bank,    1991 S Bridge St,    Yorkville, IL 60560-9851
23333434       +Citizens First Natl Bk,    Po Box 166,    Carlock, IL 61725-0166
23333436       +Community Bank of Oak Park,    c/o Ginsberg Jacobs LLC,    300 S Wacker Dr, Ste 2750,
                 Chicago, IL 60606-6782
23333437       +Community Bank of Oak Park River Fo,     c/o Ginsberg Jacobs LLC,    300 S Wacker Dr, Ste 2750,
                 Chicago, IL 60606-6782
23333442       +Harris N.a.,    Bmo Harris Bank - Bankruptcy Dept.-Brk-1,    770 N Water Street,
                 Milwaukee, WI 53202-0002
23333445       +JC Olson & Assoc,    303 N Second St, Ste 29,    Saint Charles, IL 60174-1804
23333446       +Kendal County Tax,    111 W Fox St,    Yorkville, IL 60560-1621
23333448       +Megan Roach, Attorney,    James Roach and Associates,    642 N Dearborn St,
                 Chicago, IL 60654-5886
23333449       +National City Bank,    Po Box 94982 Attcred Bur Dispu,    Cleveland, OH 44101-4982
23333450       +New York Community Ban,    PO Box 742579,    Cincinnati, OH 45274-2579
23333452       +Ntlbk Sycmre,    230 West State Street,    Sycamore, IL 60178-1419
23333453       +Quick Development LLC,    1430 N Astor St, #13A,    Chicago, IL 60610-5723
23333454       +Rrca Acct Mgmt,    201 E 3rd St,    Sterling, IL 61081-3611
23333459       +Valley West Community Hosp,    c/o Medical Recovery Specialists ll,     2250 E Devon Ave, Ste 352,
                 Des Plaines, IL 60018-4521
23333460       +William R. Sullivan,    c/o Kelly Keating,    334 S Ardmore Ave,    Villa Park, IL 60181-2944
23333461       +Zale/Sterling Jewelers,    Attn.: Bankruptcy,    Po Box 1799,    Akron, OH 44309-1799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QPNMETROU.COM Aug 26 2015 01:04:00      Peter N Metrou,    Metrou & Associates PC,
                 123 W Washington St Suite 216,    Oswego, IL 60543-1049
23333427       +EDI: GMACFS.COM Aug 26 2015 01:03:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
23333428       +EDI: BECKLEE.COM Aug 26 2015 01:03:00      American Express,    Po Box 3001,
                 16 General Warren Blvd,    Malvern, PA 19355-1245
23333429       +EDI: CAPITALONE.COM Aug 26 2015 01:04:00      Capital One,    PO Box 70886,
                 Charlotte, NC 28272-0886
23333431       +EDI: CHASE.COM Aug 26 2015 01:04:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
23333433       +EDI: CHRM.COM Aug 26 2015 01:03:00      Chrysler Capital,    Po Box 961275,
                 Ft Worth, TX 76161-0275
23333435       +EDI: WFNNB.COM Aug 26 2015 01:04:00      Comenity Bank/carsons,    3100 Easton Square Pl,
                 Columbus, OH 43219-6232
23333438       +EDI: DISCOVER.COM Aug 26 2015 01:04:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
23333439       +E-mail/Text: asaravia@dsgcollect.com Aug 26 2015 01:43:08       Diversified Svs Group,
                 Attention: Bankruptcy Department,    1824 W Grand Ave - Suite 200,    Chicago, IL 60622-6721
23333440        EDI: FORD.COM Aug 26 2015 01:03:00      Ford Motor Credit Corporation,    Ford Motor Credit,
                 Po Box 6275,    Dearborn, MI 48121
23333441       +EDI: RMSC.COM Aug 26 2015 01:04:00      GECRB/JC Penny,    Attention: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
23333443        E-mail/Text: rev.bankruptcy@illinois.gov Aug 26 2015 01:43:26
                 Illinois Department of Revenue 1/15,    Bankruptcy Section,    PO Box 64338,
                 Chicago, IL 60664-0338
23333444        EDI: IRS.COM Aug 26 2015 01:04:00      Internal Revenue Service - 1/11,    PO Box 7346,
                 Philadelphia, PA 19101-7346
23333447       +EDI: CBSKOHLS.COM Aug 26 2015 01:03:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
23333451       +EDI: WFNNB.COM Aug 26 2015 01:04:00      Newport News,    Po Box 182125,
                 Columbus, OH 43218-2125
23333457       +EDI: RMSC.COM Aug 26 2015 01:04:00      SYNCB/Lowes,    Attn: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
23333455       +EDI: RMSC.COM Aug 26 2015 01:04:00      Sams Club / GEMB,    Attention: Bankruptcy Department,
                 Po Box 103104,    Roswell, GA 30076-9104
23333456       +EDI: SEARS.COM Aug 26 2015 01:04:00      Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
23333458       +E-mail/Text: ahzpclaw@gmail.com Aug 26 2015 01:43:41       Us Collections West In,    Po Box 39695,
                 Phoenix, AZ 85069-9695
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dwilliams              Page 2 of 2                  Date Rcvd: Aug 25, 2015
                              Form ID: b18                 Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2015                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2015 at the address(es) listed below:
              David H Cutler    on behalf of Debtor Edward F Stone cutlerfilings@gmail.com
              David H Cutler    on behalf of Joint Debtor Samantha M Stone cutlerfilings@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```